**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Reginald Wiggins
                                  Plaintiff,

v.                                                   Case No.: 1:08−cv−00978
                                                         Honorable James B. Zagel

Allied Tube & Conduit Company
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge James B. Zagel :The court filing fee has not been paid. The fee must be paid or in forma pauperis petition due on or by 4/7/2008 or the case shall be dismissed.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.